The People of the State of New York ex rel. The New York Central Railroad Company and The New York and Harlem Railroad Company and 290 Park Avenue, Inc., v. Henry M. Goldfogle and Others, as Commissioners of

Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.